**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge William J. Martínez

Criminal Case No. 13-cr-00369-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. EULOGIO GONZALEZ-LOPEZ,

Defendant.

---

**ORDER**

---

PURSUANT to and in accordance with the Order entered by the Judge William J. Martínez, it is

ORDERED that Defendant Eulogio Gonzalez-Lopez is sentenced to TIME SERVED.

DATED: December 3, 2013

BY THE COURT:

Judge William J. Martínez
United States District Judge